UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIZER, | ) Case No. SA CV 10-200 DOC (MRW) |
|         Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF |
| MIKE McDONALD, Warden, | ) UNITED STATES MAGISTRATE JUDGE |
|         Respondent. | ) |

     Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. In addition, the Court reviewed the supplemental material Petitioner attached to the objections in his attempt to overcome the procedural bar doctrine. The Court finds Petitioner did not demonstrate (1) good cause for his failure to timely raise his claims in state and (2) prejudice from the alleged constitutional violations. See Cooper v. Neven, 641 F.3d 322, 327 (9th Cir. 2011). The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: August 2, 2012

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE