# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RIZER, | Case No. SA CV 10-200 DOC (MRW) |
| Petitioner, | |
| vs. | JUDGMENT |
| MIKE McDONALD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 2, 2012

_____
HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE